IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| LINETAMER, INC. and FRANCES MARIE ) | |
| HICKMAN, etc., ) | |
| ) | |
| Plaintiffs, ) | |
| v. ) | Civil Action No. 2:02cv652-A |
| ) | WO |
| STEVEN J. TERRELL AND ASSOC., INC.; ) | |
| STEVEN J. TERRELL; GENTRY MACHINE ) | |
| WORKS, INC., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Defendants' request (Doc. # 185, pages 17-18) that this court order correction of the inventorship of patent number 5,501,257, pursuant to 35 U.S.C. § 256. The Defendants' request is based on evidence that Philip S. Hutchinson is a co-inventor of the patented invention, that Steven J. Terrell and Associates, Inc. acquired ownership in the patent through a valid assignment, and that Steven J. Terrell has a license under the patent from Steven J. Terrell and Associates.

The court previously determined that the evidence produced by the Defendants, which was unopposed by the Plaintiffs, was sufficient to entitle the Defendants to summary judgment on the Plaintiffs' claim for injunctive relief for patent infringement. The relief requested by the Defendants pursuant 35 U.S.C. § 256, however, while mentioned in the Defendants' brief, is not a part of the Amended Answer or Counterclaim asserted in this case. See Doc. #44. On December 17, 2004, the court entered an Order (Doc. #181) setting a new deadline of February 25, 2005 for the Defendants to move to amend the pleadings, but the Defendants never did so.

Because the relief requested was merely referred to in the Defendants' brief and was not requested in the Amended Answer or Counterclaim filed in the case, it is not properly before this court. Accordingly, the Defendants' request is hereby ORDERED DENIED, without prejudice to their requesting such relief in a new lawsuit, or requesting appropriate relief of the Director of the United States Patent and Trademark Office, as authorized by 35 U.S.C. § 256.

Done this 23rd day of May, 2005.

/s/ W. Harold Albritton
W.  HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE